AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| **Samuel QUEVEDO-LOPEZ (52)** | ) | |
| **San Miguel De Allende, Guanajuato, Mexico** | ) | L-22-MJ- |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 26, 2022__ in the county of __Webb__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 1001 | Whoever, in any matter within the jurisdiction of the executive, legislative, or judicial branch of the Government of the United States, knowingly and willfully<br>(1) falsifies, conceals, or covers up by any trick, scheme, or device a material fact;<br>(2) makes any materially false, fictitious, or fraudulent statement or representation; or<br>(3) makes or uses any false writing or document knowing the same to contain any materially false, fictitious, or fraudulent statement or entry. |

This criminal complaint is based on these facts:

On or about August 26, 2022, at approximately 8:59pm, defendant, Samuel QUEVEDO-LOPEZ, a citizen & national of Mexico applied for admission into the U.S. at the Lincoln-Juarez Port of Entry in Laredo, TX, as a passenger on a bus. At primary, defendant presented a counterfeit certificate of citizenship bearing his name & photograph to CBP Officer Priscilla Torres, Defendant claimed ownership of the document & stated he was traveling to Dallas, TX. CBPO Torres noticed document discrepancies & referred defendant to secondary. Secondary inspection was conducted by CBPO Faret Mercado Garcia. CBPO Garcia asked defendant if he was owner of the document & where was he traveling to. Defendant stated the document was his & he was traveling to Dallas, TX to see his children. CBPO Garcia asked defendant if he was a lawful permanent resident at one time. Defendant stated he was told instead he could get his U.S. Citizenship by filling out paperwork & he would get the document by mail. Defendants biometrics were searched in CBP database systems resulting in four prior apprehensions by U.S. Border Patrol. CBP database system identify defendant as Samuel QUEVEDO-LOPEZ a citizen of Mexico born in Guanajuato, Mexico. Facts are based on the defendant's sworn statement & records of U.S. Customs & Border Protection. The defendant was paroled into the United States & an Immigration hold has been placed.

☐ Continued on the attached sheet.

/s/ Jose C. Luna
*Complainant's signature*

Jose C. Luna, CBP Enforcement Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __August 29, 2022__

*Judge's signature*

City and state: __Laredo, Texas__    Christopher Dos Santos, U.S. Magistrate Judge
*Printed name and title*